No. 82–6525. McAfee v. California. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 82–6534. Duvallon v. Florida. C. A. 11th Cir. Certiorari denied.

No. 82–6535. Maho v. United States; and
No. 82–6536. Yellowman v. United States. C. A. 9th Cir. Certiorari denied. Reported below: 698 F. 2d 1234.

No. 82–6539. Scharnhorst v. Independent School District #710. C. A. 8th Cir. Certiorari denied.

No. 82–6541. Larson v. Washington et al. C. A. 9th Cir. Certiorari denied.

No. 82–6543. Atkins v. Indiana. Ct. App. Ind. Certiorari denied.

No. 82–6546. Lindsey v. Buford, Judge, Circuit Court, Carter County, et al. Sup. Ct. Mo. Certiorari denied.

No. 82–6551. Williams v. Colavito, Warden. C. A. 2d Cir. Certiorari denied.

No. 82–6553. Kibert v. Blankenship, Warden, Bland Correctional Center. C. A. 4th Cir. Certiorari denied.

No. 82–6554. Lin v. New York City Department of Cultural Affairs et al. C. A. 2d Cir. Certiorari denied.

No. 82–6557. Kourkene v. Tavlian et al. Sup. Ct. Cal. Certiorari denied.

No. 82–6559. Mintz v. Pitchess, Sheriff of Los Angeles County, et al. C. A. 9th Cir. Certiorari denied.